# EXHIBIT C



i-teamglobal.com

Heads of agreement Canada – USA

BETWEEN

Dave Alan Maurer

5709 Old Legacy Drive

Fort Colllins, CO 80528

USA

*Hereafter called Dave*

CPI – Creative Products International, Inc.

EIN 74-3101301

A4699 61st Street, Unit H 49423

USA

*Hereafter called CPI*

I-SOLUTIONS USA

280 East 64th Street

Holland, MI 49423

USA

ID number: 83-0637818

*Hereafter called i-solutions*

Hoppenkuil 27-8
5626 DD Eindhoven
The Netherlands
hello@i-teamglobal.com
+31 40 266 24 50

KvK 17170843
VAT no. NL813934023B01
Rabobank Swift RABONL2U
USD/Eur no. 106V 72.984
IBAN NL04RABO0108972964

i-teamglobal.com

1

DM    i-team global is a tradename of FCT B.V.



i-teamglobal.com

I-Invest B.V.

Hoppenkuil 27 B

5626 DD  EINDHOVEN

The Netherlands

Reg.nr. 699.09725

*Hereafter called i-invest*


SMT (Solid Mould and Trade)

No 99, West of Xinfeng Road, Shijie Town

Dongguan City, Guangdong Province, 523290
China

*Hereafter called SMT*


i-team Global

Hoppenkuil 29 A

5626 DD  EINDHOVEN

The Netherlands

*Hereafter called i-team*

Hoppenkuil 27 B
5626 DD Eindhoven
The Netherlands
hello@i-teamglobal.com
+31 40 266 24 50

KvK 17170843
VAT nr. NL813934023B01
Rabobank Swift RABONL2U
USD/Eur no. 1089.72.984
IBAN NL04RABO0108972984

i-teamglobal.com

2



**i-team**

i-teamglobal.com

The above listed persons and companies want to cooperate with each other on the following way.

1. i-invest will invest 2,000.000 USD into i-solutions USA on the basis of

- 500,000 USD   01-07-2018

- 500.000 USD   30-09-2018

- 500,000 USD   30-11-2018

- 500,000 USD   31-12-2018

This money will be invest as share capital and prepaid reserve, *see appendix I.*

Dave Maurer or CPI will be the 49% shareholder

2. i-solution will purchase the listed customers from CPI (outlined in plan to sell PIS's 201804C) for an amount of 1,000.000 USD being good will. Transaction will take place per 1-7-2018.

This goodwill amount will be paid in 4 installments:

| 1. | 02-07-2018 | 250.000 USD |
| 2. | 02-10-2018 | 250,000 USD |
| 3. | 02-12-2018 | 250.000 USD |
| 4. | 31-12-2018 | 250.000 USD |
| | | -------------------- |
| Total | | 1,000.000 USD |

The customer list totals with approx. 4,467.000 on year basis with an average gross margin of 45%

3. i-solutions will take over existing staff from CPI per list and amounts as per list *appendix V.*

Sharing cost of staff also per 1-7-2018.

Hoppenkuil 27-B
5626 DD Eindhoven
The Netherlands
hello@i-teamglobal.com
+31 40 266 24 90

KvK 17170863
VAT nr. NL812934823801
Rabobank Swift RABONL2L
USD/Eur nr. 1089.72.984
IBAN NL04RABO0108972984

i-teamglobal.com

3

DM



i-teamglobal.com

4. i-solution will be co-renter of the new constructed building for 10 years based on 75% of the agreed rent per *appendix VI* with a starting amount of 75% x 317.615,25 (100%).

5. In the total construction costs there is an amount included for completing the decoration of the building with looks and feel of the i-home building in Eindhoven.

Decoration plan will be made in cooperation with i-invest.

The building owner will also supply sufficient racking and forklifts. The building will be a turnkey building for i-solutions.

6. CPI will keep a customer base as per agreed list, but will not compete with i-solutions and sell e-series or i-range or i-concepts.
i-fiber is sold only through i-solutions; e-series is sold through both CPI and i-solutions. DAM

7. CPI will be the R&D center for microfiber for the i-team Group.

8. i-team Group will purchase from CPI microfiber for cost price plus handling per *appendix -/-*

And will be subject to CPA checks if needed.

9. i-solutions USA will buy direct from SMT factory in China for cost price plus as per *appendix VIII*.

10. i-team global will centralize the global marketing from Eindhoven and will also work with the local USA team members.

11. i-solutions will organize an i-gathering meeting for the North American market based on an event planning and organization in 2019.

Hoppenkuil 27-B
5626 DD Eindhoven
The Netherlands
hello@i-teamglobal.com
+31 40 266 24 50

KvK 17176863
VAT no. NL817934023B01
Rabobank Swift: RABONL2U
USD/Eur no. 1089 72 984
IBAN NL04RABO0108972984

i-teamglobal.com

4

DM



i-teamglobal.com

12. i-solutions will adapt to Navision and use the same system as i-team global.

13. i-solutions will work with a 2-year budget, quarterly updates and pit stop meetings USA and the Netherlands on a prefix schedule.

14. i-team global will look to the possibilities to get i-solutions financed via Rabobank.

15. Dave Maurer will not compete or work for other companies then i-solutions or CPI.

16. Dave Maurer will be entitled to a dividend preference of 500,000 USD to be paid in instalments.

This preference is above the other shareholder i-invest dividends have to be based on economic possibilities and a min 50% own capital versus total balance should always remain.

17. This document will be concept in the next 30 days to a further document made by i-team company lawyer.

Hoppenkuil 27 B
5626 DD Eindhoven
The Netherlands
hello@i-team-global.com
+31 40 266 24 50

KvK 17170861
VAT no. NL813934023B01
Rabobank Swift: RABONL2U
USD/Eur no. 1089 72 984
IBAN NL04RABO0108972984

i-teamglobal.com

5

DM

i-team global is a trademark of ECI B.V.



i-teamglobal.com

Date :

Signed by

CPI

Dave Maurer

SMT

i-invest B.V.

i-solutions USA

i-team global B.V.

Hoppenkuil 27-B
5626 DD Eindhoven
The Netherlands
hello@i-teamglobal.com
+31 40 266 24 50

KvK 17170863
VAT no. NL811938023B01
Rabobank Swift RABONL2U
USDcEur no. 1089.72.784
IBAN NL04RABO0108972984

i-teamglobal.com

6

i-team global is a subsidiary of FCT B.V.

*APPENDIX I*

i-invest invest 2.000.000 USD into i-solutions USA.

i-solutions USA purchase from CPI the book of business for 1000.000 USD.



i-Invest  51%

Dave Maurer  49%

i-solutions USA Inc.

Dave has 49% of the equity

Balance sheet in USD

|  |  |  | Equity | 100.000 |
|---|---|---|---|---|
| Goodwill purchase CPI | 1,000.000 |  | Prepaid reserve | 1,900.000 |
| Cash | 1,000.000 |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  | 2.000.000 |  |  | 2.000.000 |

3



**IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH   45999-0023

*APPENDIX II*

Date of this notice:  05-23-2018

Employer Identification Number:
83-0637818

Form:  SS-4

Number of this notice:  CP 575 B

I-SOLUTIONSUSA
DAVID MAURER MBR
280 EAST 64TH STREET
HOLLAND, MI   49423

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you EIN 83-0637818.  This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees.  Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above.  Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN.  If the information is not correct as shown above, please make the correction using the attached tear off stub and return it to us.

Based on the information received from you or your representative, you must file the following form(s) by the date(s) shown.

Form 1065                          03/15/2019

If you have questions about the form(s) or the due date(s) shown, you can call us at the phone number or write to us at the address shown at the top of this notice.  If you need help in determining your annual accounting period (tax year), see Publication 538, *Accounting Periods and Methods.*

We assigned you a tax classification based on information obtained from you or your representative.  It is not a legal determination of your tax classification, and is not binding on the IRS.  If you want a legal determination of your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue).  Note: Certain tax classification elections can be requested by filing Form 8832, *Entity Classification Election.*  See Form 8832 and its instructions for additional information.

A limited liability company (LLC) may file Form 8832, *Entity Classification Election,* and elect to be classified as an association taxable as a corporation.  If the LLC is eligible to be treated as a corporation that meets certain tests and it will be electing S corporation status, it must timely file Form 2553, *Election by a Small Business Corporation.*  The LLC will be treated as a corporation as of the effective date of the S corporation election and does not need to file Form 8832.

To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov.  If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

JM

IMPORTANT REMINDERS:

* Keep a copy of this notice in your permanent records. **This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you.** You may give a copy of this document to anyone asking for proof of your EIN.

* Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

* Refer to this EIN on your tax-related correspondence and documents.

If you have questions about your EIN, you can call us at the phone number or write to us at the address shown at the top of this notice. If you write, please tear off the stub at the bottom of this notice and send it along with your letter. If you do not need to write us, do not complete and return the stub.

Your name control associated with this EIN is I-SO. You will need to provide this information, along with your EIN, if you file your returns electronically.

Thank you for your cooperation.

Keep this part for your records.          CP 575 B (Rev. 7-2007)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Return this part with any correspondence
so we may identify your account.  Please                          CP 575 B
correct any errors in your name or address.

                                                                9999999999

Your Telephone Number  Best Time to Call   DATE OF THIS NOTICE:  05-23-2018
(     )        -                            EMPLOYER IDENTIFICATION NUMBER:  83-0637818
_____   _____              FORM:  SS-4          NOBOD

INTERNAL REVENUE SERVICE                    I-SOLUTIONSUSA
CINCINNATI  OH    45999-0023                DAVID MAURER MBR
                                            280 EAST 64TH STREET
                                            HOLLAND, MI  49423

CSCUCD-700 (Rev  10/17)

## MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS
## CORPORATIONS, SECURITIES & COMMERCIAL LICENSING BUREAU

| Date Received | (FOR BUREAU USE ONLY) | | |
|---|---|---|---|
| | This document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document. | | |

| Name | | | |
|---|---|---|---|
| Mark H. Zietlow & Associates PLC | | | |
| Address | | | |
| 12274 James Street | | | |
| City | State | ZIP Code | EFFECTIVE DATE: |
| Holland | Michigan | 49424 | |

Document will be returned to the name and address you enter above.
If left blank, document will be returned to the registered office.

## ARTICLES OF ORGANIZATION

For use by Domestic Limited Liability Companies

*Pursuant to the provisions of Act 23, Public Acts of 1993, as amended ("Act"), the undersigned execute the following Articles:*

### ARTICLE I

The name of the limited liability company is:  **i-SolutionsUSA LLC.**

### ARTICLE II

The purpose or purposes for which the limited liability company is formed is to engage in any activity within the purposes for which a limited liability company may be formed under the Act.

### ARTICLE III

1.    The street address of the location of the registered office is 280 East 64th Street, Holland, MI 49423.

2.    The name of the resident agent at the registered office is David Maurer.

## ARTICLE IV

No member or manager of the Company is liable for the acts, debts or obligations of the Company. The monetary liability of any manager of the Company for breach of any duty established under Section 404 of the Act is limited to the fullest extent permitted by the Act. The Company will indemnify and hold harmless each member, manager and organizer from and against any and all losses, expenses, claims, and demands sustained by reason of any acts or omissions or alleged acts or omissions of the member, manager or organizer, including judgments, settlements, penalties, fines, or expenses incurred in a proceeding to which the member, manager or organizer is a party or threatened to be made a party because the person is or was a member, manager or organizer to the fullest extent permitted by law or contract.

## ARTICLE V

The business of the company shall by managed by or under the authority of one or more managers.

Signed this _____ day of <u>May</u>, 2018.

_____

David Maurer, Organizer



**Nicole Gosset** *APPENDIX III*

| | |
|---|---|
| **From:** | Frank van de Ven |
| **Sent:** | Wednesday, June 20, 2018 6:55 AM |
| **To:** | Nicole Gosset |
| **Subject:** | Fwd: CPI information |

**From:** Dave Maurer <dave@creativeidea.net>
**Sent:** Wednesday, June 20, 2018 6:47:40 AM
**To:** Frank van de Ven
**Subject:** CPI information

Here is the information on CPI

Company Name: Creative Products International, Inc.
Doing business as: CPI
Company Type: Michigan S-Corporation
EIN: 74-3101301
Address: A4699 61st Street, Unit H 49423
Ownership: 100% Dave A. Maurer, Residing at 5709 Old Legacy Drive, Fort Collins, CO 80528, USA

Let me know if you need anything further.
Thanks,
Dave

**Dave A. Maurer**
**Creative Products International, Inc.**
www.creativeidea.net
world cell: (001) 616-510-5130
china cell: 186-8869-3761
office: (001) 616-335-3333
efax: 801-912-2661
SKYPE: damaurer68



DM



# The Netherlands Chamber of Commerce Business Register extract

*APPENDIX IV*

CCI number 69909725

Page 1 (of 1)

The company / organisation does not want its address details to be used for unsolicited postal advertising or visits from sales representatives.

## Legal entity

| | |
|---|---|
| RSIN | 858061818 |
| Legal form | Besloten Vennootschap (comparable with Private Limited Liability Company) |
| Statutory name | I Invest B.V. |
| Corporate seat | Eindhoven |
| First entry in Business Register | 25-10-2017 |
| Date of deed of incorporation | 24-10-2017 |
| Issued capital | EUR 40.000,00 |
| Paid-up capital | EUR 40.000,00 |

## Company

| | |
|---|---|
| Trade names | I Invest B.V. |
| | Future Cleaning Technologies |
| Company start date | 24-10-2017 (registration date: 25-10-2017) |
| Activities | SBI-code: 64194 - General banks |
| Employees | 0 |

## Establishment

| | |
|---|---|
| Establishment number | 000038226359 |
| Trade names | I Invest B.V. |
| | Future Cleaning Technologies |
| Visiting address | Hoppenkuil 27 B, 5626DD Eindhoven |
| Telephone number | +31402662411 |
| Date of incorporation | 24-10-2017 (registration date: 25-10-2017) |
| Activities | SBI-code: 64194 - General banks |
| | For further information on activities, see Dutch extract. |
| Employees | 0 |

## Board member

| | |
|---|---|
| Name | van de Ven, Frank Peter William |
| Date and place of birth | 24-04-1957, Cornwall, Canada |
| Date of entry into office | 24-10-2017 (registration date: 25-10-2017) |
| Powers | Solely/independently authorised |

Extract was made on 01-06-2018 at 10.33 hours.

**Waarmerk KvK**  This extract has been certified with a digital signature and is an official proof of registration in the Business Register. You can check the integrity of this document and validate the signature in Adobe at the top of your screen. The Chamber of Commerce recommends that this document be viewed in digital form so that its integrity is safeguarded and the signature remains verifiable.

2018-06-01 10:33:51

*APPENDIX V*

## i-SolutionsUSA & CPI Payroll - Starting June 2018

22-May-18

| Employee Name | Position | CPI Payroll | i-SolutionsUSA Payroll | i-SolutionsUSA Reimburse to CPI | i-SolutinsUSA net Pay |
|---|---|---|---|---|---|
| *Annual Salary Paid 2018* | | | | | |
| **Holland Office** | | | | | |
| Maritza Voorhorst | Accounting Mng | $ 40,040 | | $ 20,020 | $ 20,020 |
| Scott Siegersma | Procurment Mng | $ 40,040 | | $ 20,020 | $ 20,020 |
| Chad Harmsen | Client Manager | | $ 40,040 | | $ 40,040 |
| Bryan Zeeryp | Warehouse Mng | | $ 29,120 | | $ 29,120 |
| Deono Tamminga | Order Fulfillment | | $ 24,960 | | $ 24,960 |
| James Smith | Order Fulfillment | | $ 22,880 | | $ 22,880 |
| Maya Voorhorst | Clerical | $ 7,800 | | | $ - |
| Francisco Martinez | Product Manager | | $ 75,000 | | $ 75,000 |
| **Outside Support** | | | | | |
| Rich Donelle | VP Sales | | $ 200,000 | $ (100,000) | $ 100,000 |
| Doug Leaman | VP Sales, CPI | $ 120,000 | | | $ - |
| Christian Barnes | Sales Director | | $ 82,500 | | $ 82,500 |
| Wendel Lainey | Product Specialist | | $ 90,000 | | $ 90,000 |
| Rebecca | Inside sales | | $ 75,000 | | $ 75,000 |
| Tom | Sales director | | $ 75,000 | | $ 75,000 |
| **Marketing** | | | | | |
| Rob Carli | Marketing Director | | $ 72,000 | | $ 72,000 |
| Natalie | Marketing Design | | $ 72,000 | | $ 72,000 |
| **Officer** | | | | | |
| Dave Maurer | CEO | $ 300,000 | | $ 150,000 | $ 150,000 |
| | TOTAL - Annual | $ 507,880 | $ 858,500 | $ 90,040 | $ 948,540 |
| | TOTAL - Monthly | $ 42,323 | $ 71,542 | $ 7,503 | $ 79,045 |

☐ = Contractor 1099, No payroll tax requried by company

DM

**Creative Products International, Inc. Lease Agreement**
*i-SolutionsUSA Rent Amount*
*6/13/2018*

ADDENDIX VI

|  |  |  |  |  |  |  | 5% | 75% |
|---|---|---|---|---|---|---|---|---|
| Year | Year Start Date | Rental Amount/ Sq Ft | Rental Rate Increase | Total Building Sq Ft | Annual Base Rent @100% | Monthly Base Rent @ 100% | Monthly Property Management | Monthly Base Rent @ 75% |
| 1 | 01-Sep-18 | $ 4.250 |  | 74,733 | $ 317,615.25 | $ 26,467.94 | $ 1,323.40 | $ 19,850.95 |
| 2 | 01-Sep-19 | $ 4.293 | 1.0% | 74,733 | $ 320,791.40 | $ 26,732.62 | $ 1,336.63 | $ 20,049.46 |
| 3 | 01-Sep-20 | $ 4.335 | 1.0% | 74,733 | $ 323,999.32 | $ 26,999.94 | $ 1,350.00 | $ 20,249.96 |
| 4 | 01-Sep-21 | $ 4.379 | 1.0% | 74,733 | $ 327,239.31 | $ 27,269.94 | $ 1,363.50 | $ 20,452.46 |
| 5 | 01-Sep-22 | $ 4.423 | 1.0% | 74,733 | $ 330,511.70 | $ 27,542.64 | $ 1,377.13 | $ 20,656.98 |
| 6 | 01-Sep-23 | $ 4.533 | 2.5% | 74,733 | $ 338,774.50 | $ 28,231.21 | $ 1,411.56 | $ 21,173.41 |
| 7 | 01-Sep-24 | $ 4.646 | 2.5% | 74,733 | $ 347,243.86 | $ 28,936.99 | $ 1,446.85 | $ 21,702.74 |
| 8 | 01-Sep-25 | $ 4.763 | 2.5% | 74,733 | $ 355,924.95 | $ 29,660.41 | $ 1,483.02 | $ 22,245.31 |
| 9 | 01-Sep-26 | $ 4.882 | 2.5% | 74,733 | $ 364,823.08 | $ 30,401.92 | $ 1,520.10 | $ 22,801.44 |
| 10 | 01-Sep-27 | $ 5.004 | 2.5% | 74,733 | $ 373,943.65 | $ 31,161.97 | $ 1,558.10 | $ 23,371.48 |

$ 238,211.44

|  | Square Feet | Square Meters |
|---|---|---|
| Total Building footprint | 64,883 | 6,027.83 |
| Total office/finished | 19,700 | 1,830.19 |
| 1st floor office/finished | 9,850 | 915.09 |
| Total Area Building | 74,733 | 6,942.92 |

| | |
|---|---|
| 2017 Winter Tax | $ 1,005.20 |
| 2017 Summer Tax | $ 9,323.48 |
| 2017 Total Property Tax | $ 10,328.68 |

| | |
|---|---|
| total rent @ 2.5% increase | $ 3,400,867 |
| total rent @ 1% increase 1st 5 years | $ 3,558,365 |
| Difference (i-Solutions savings | $ 157,498 |

*APPENDIX VIII*

## Frank van de Ven

| | |
|---|---|
| **From:** | Frank van de Ven |
| **Sent:** | Monday, June 4, 2018 3:49 AM |
| **To:** | 'kemps@uwadvocaten.nl' |
| **Cc:** | Frank van de Ven; Nicole Gosset |
| **Subject:** | FW: the formula,s as agreed between smt and    cpi/i solutions for machines and parts |

Martijn
Een van de appendixes in cooperation  i sultions usa is

Parties smt  china and  i solutions usa agree to work on open costprice based on

Parts see formula
Machines
This formula  but then  add  royalties as amkunt or percentage based oin the applicable license agreements

**From:** Lily Li
**Sent:** Monday, June 4, 2018 3:38 AM
**To:** Frank van de Ven <frank@i-teamglobal.com>
**Subject:** 答复: the formula,s as agreed between smt and cpi/i solutions for machines and parts

Dear Frank
 Please kindly find the formula as below:
 For parts      Cost price*1.15*1.035*1.1/0.8
 For machine  Cost price*1.15*1.035*1.1/0.9     *+ royalty*

Best Wishes!

Lily



Lily Li
Sales Coordinator, DongGuan Solid Plastics&Moulding Co. LTD
P  +86/6989102431 | M. +8613751338875
E  lily@cleansourcetechnologies.cn
A: No. 99 West of Xinfeng Road, Shijie Town, Dongguan City. Guangdong Province. 523290, China



# Thanks for visiting us
## at the Interclean 2018

INTERCLEAN

DM

1

*APPENDIX IX*

**Frank van de Ven**

| | |
|---|---|
| **From:** | Dave Maurer <dave@creativeidea.net> |
| **Sent:** | Monday, June 4, 2018 3:35 AM |
| **To:** | Frank van de Ven; Matt.M.Orazem@huntington.com |
| **Cc:** | Nicole Gosset; 'kemps@uwadvocaten.nl' |
| **Subject:** | RE: i solutions usa |
| **Attachments:** | EIN Confirmation i-SolutionsUSA.pdf; i-SolutionsUSA LLC Articles of Organization signed.pdf |

Thank you for sending this update Frank. We received the TaxID number from the lawyer on Friday for i-SolutionsUSA, so we are all set for that company to start business. It is established as 51% i-invest b.v. owner and 49% CPI owner.

Thanks,
Dave

**Dave A. Maurer**
**Creative Products International, Inc.**
www.creativeidea.net
world cell: (001) 616-510-5130
china cell: 186-8869-3761
office: (001) 616-335-3333
efax: 801-912-2661
SKYPE: damaurer68

 

From: Frank van de Ven <frank@i-teamglobal.com>
Sent: Sunday, June 3, 2018 7:07 PM
To: Matt.M.Orazem@huntington.com
Cc: Nicole Gosset <nicole@i-teamglobal.com>; Frank van de Ven <frank@i-teamglobal.com>; Dave Maurer <dave@creativeidea.net>; 'kemps@uwadvocaten.nl' <kemps@uwadvocaten.nl>
Subject: i solutions usa

Dear matt

I am working on the I solution package
Soc sec number I solutions usa I cannot provide  dave would set up this company so he should have this or organize this
We will be sending the I invest  chemaber of commerce document   to you in englisch
I invenst will be the investor into I solutions usa
They will provide on installments  2000.000 usd to  I solutions where the shareholding then will be
51%  I invest and 49% dave maurer
We will pay an agio  on the shares  so  the company endsup with 2000.000 usd
This  company has then an equity of 2000.000  and will the the renter of the building to be constructed
The lease/rental agreement will be for 10 years