# EXHIBIT E

## US 9,713,412



| | |
|---|---|
| the backing member being formed from an open mesh material that substantially allows the free flow of liquid therethrough, | mesh back |
| the open mesh being formed from a polymeric coated fiber material and being substantially liquid impermeable; and | |
| at least one receiver operably mounted to the backing member for receiving a mop head frame. | receiver for mop frame |
| 2. The mop head of claim 1 including two receivers, spaced from and opposing one another affixed to the backing member opposite the cleaning surface. | two receivers |





| | |
|---|---|
| 3. The mop head of claim 2 wherein the receivers are formed as pockets. | receivers formed as pockets |
| 4. The mop head of claim 2 wherein the receivers are formed from the open mesh material. | receivers formed from same material as backing member |
| 5. A cleaning system comprising: | See 1, above |
| a mesh back mop head having a cleaning surface, a backing member, and at least one receiver operably mounted to the backing member for receiving a mop head frame, wherein the cleaning surface is secured to the backing member along a plurality of lines to define channels in the cleaning surface and wherein the backing member is formed from an open mesh material that substantially allows the free flow of liquid therethrough, the open mesh being formed from a polymeric coated fiber material and being substantially liquid impermeable; | |



| | |
|---|---|
| a mop head frame having at least one cooperating securing member for removably securing the mop head thereto; | |
| a handle operably connected to the mop head frame; and | |
| a container configured to receive a plurality of mesh back mop heads. | |
| 6. The cleaning system of claim 5 wherein the mop head frame includes a connector for releasably connecting a handle thereto. | |
| 7. The cleaning system of claim 6 including a swivel base operably connected to the connector, the swivel | |

| | |
|---|---|
| base having a two-axis gimbal joint to permit rotation of the rotation of the handle in at least two directions relative to the mop head frame. | |
| 8. The cleaning system of claim 5 including a pair of cooperating securing member for removably securing the mop head thereto. | <br><br> |



secured mop head