# EXHIBIT F

US 9,957,725

| 1. A cleaning trowel, comprising: | |
|---|---|
| a generally planar base having a first side and a second side, a flexible section extending from a first end of the base, a blade section extending from a second end of the base opposite the first end of the base, and<br><br>a mounting section positioned between the flexible section and the blade section,<br><br>the flexible section and the blade section being formed from different materials than each other,<br><br>wherein the flexible section includes a plurality of generally linear grooves forming areas of reduced thickness to allow for flexing,<br><br>the generally flexible section between the grooves having a generally uniform thickness, and<br><br>wherein the blade section has a proximate end and a distal end and decreases in thickness from the proximate end to the distal end; |  blade section (diff matl's)<br>mounting section<br>planar base<br>flexible section (diff matl's)<br><br>grooves, reduced, uniform thickness |

| | |
|---|---|
| |  blade distal end reduce thickness<br>blade proximal end |
| a handling device on the first side of the base at the mounting section, the handling device being a fixed handle and including a handle base and a gripping portion, wherein the handle base is removably secured to and in contact with the mounting section, and the gripping portion extends from the handle base at an angle such that the gripping portion is spaced from the base, the fixed handle housing a power source; and |  handling device (fixed handle)<br>gripping portion (spaced from base, power source - see below)<br>base<br>mounting section |

2

| | |
|---|---|
| |  fasteners to secure handle to mounting section<br><br>handle base removably secured to mounting section |
| a cleaning pad receiving region on the base. | base<br><br>cleaning pad receiving region |

| | | |
|---|---|---|
| 2. The cleaning trowel of claim 1, wherein the flexible section is made from a different material than other portions of the base. |  | flexible section and base made from different materials |
| 3. The cleaning trowel of claim 1, wherein the flexible section is a different color than other portions of the base. |  | different colors |
| 4. The cleaning trowel of claim 1, wherein the blade section is made from the same material as the mounting section and is integrally formed as a one-piece construction with the mounting section. |  | blade and mounting section made from same materials (made integral with each other) |

4



| | |
|---|---|
| 5. The cleaning trowel of claim 1, wherein the mounting section includes at least one fastening hole configured to receive a fastener to removably secure the handling device to the mounting section. | fastening holes for screws |
| 6. The cleaning trowel of claim 5, wherein the at least one fastening hole extends through the base from the first side to the second side. | |
| 7. The cleaning trowel of claim 1, wherein the power source is at least one battery. | battery (power source) |
| 8. The cleaning trowel of claim 1, wherein the fixed handle further includes at least one light operably connected to the power source. | light |

5

| | |
|---|---|
| 9. The cleaning trowel of claim 8, wherein the at least one light includes at least one white light and at least one ultraviolet light. | |
| 10. The cleaning trowel of claim 8, wherein the fixed handle further comprises a switch to operate the at least one light. |  switch (for light) |
| 11. The cleaning trowel of claim 1, wherein the handling device is a swivel base, wherein the swivel base is configured to connect to an elongated handle member. |  swivel base |
| 12. The cleaning trowel of claim 11, wherein the swivel base is rotatable about two axes. |  swivel bas is rotatable about 2 axes |

|  | |
|---|---|
|  |  swivel bas is rotatable about 2 axes |
| 13. The cleaning trowel of claim 1, wherein the handling device is removably secured to the mounting section, and including a swivel base, wherein the swivel base is configured to rotate about two axes and is configured to have an elongated member connected thereto. |  screws for removable mounting  elongated member (handle) |

| | |
|---|---|
| 14. The cleaning trowel of claim 1 including a cleaning pad mounted to the cleaning pad receiving region. | <br>cleaning pad mounted to pad receiving region |
| 15. A cleaning trowel, comprising: | |
| a generally planar base having a first side and a second side, a flexible section extending from a first end of the base, a blade section extending from a second end of the base opposite the first end of the base, and a mounting section positioned between the flexible section and the blade section, the flexible section and the blade section being formed from different materials than each other, wherein the flexible section includes a plurality of generally linear grooves forming areas of reduced thickness to allow for flexing, the generally flexible section between the grooves having a generally uniform thickness, and wherein the blade section has a proximate end and a distal end and decreases in thickness from the proximate end to the distal end; | See 1, above |
| a handling device on the first side of the base at the mounting section; and | See 11 and 11, above |

8

| | |
|---|---|
| a cleaning pad, the cleaning pad including a cleaning side configured to engage a surface to be cleaned and<br><br>an attachment side configured to be attached to the base, the attachment side facing the first side of the base and including a first attachment loop configured to receive the flexible section of the base and a second attachment loop configured to receive the blade section of the base, thereby removably securing the cleaning pad to the base. | <br>See 14, above<br><br>attachment side<br>first attachment loop<br>second attachment loop |
| 16. The cleaning trowel of claim 15, wherein the cleaning side includes a plurality of microfiber loops configured to clean a surface. | <br>cleaning side<br>microfiber loops |

9